**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**PLANO DIVISION**

**FILED**

MAR 2 4 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

|  |  |  |
|---|---|---|
| ADEAN HILL JR, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:25-cv-01066 |
| v. | § § § | |
| BOBER LAW FIRM PLLC, a Texas Professional Limited Liability Company, and ZERORISK CASES INC, a Wyoming Limited Liability Company | § § § § § | |
| Defendant. | § § | |

## PLAINTIFF'S MOTION TO DISMISS WIHTOU PREJUDICE

COMES NOW Plaintiff Adean Hill Jr, in his individual capacity, and moves to dismiss

Defendants Bober Law Firm, PLLC a Texas Professional Limited Liability Company and

Zerorisk Cases,Inc a Wyoming Limited Company, without prejudice pursuant to Rule 41(1)(2).

Plaintiff appeared before the Court on (03/19/2026) and agreed to dismiss this action. Plaintiff

now follows with this request for dismissal.

March 24, 2026,                                     Respectfully submitted,


                                                      /s/ Adean Hill Jr.
                                                      Adean Hill Jr.
                                                      Pro Se
                                                      910 Spruce Lane
                                                      Princeton, TX 75407
                                                      Adeanhilljr1@gmail.com
                                                      214-309-6388

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**PLANO DIVISION**

| | |
|---|---|
| **ADEAN HILL JR,**     §<br>                                                          §<br>                                                          §<br>                    **Plaintiff,**     §<br>                                                          §<br>                                                          §<br>          **v.**                                §<br>                                                          §<br>**BOBER LAW FIRM PLLC, a** Texas     §<br>Professional Limited Liability Company,  and §<br>**ZERORISK CASES INC**, a Wyoming Limited §<br>Liability Company                              §<br>                                                          §<br>                    **Defendant.**     §<br>                                                          § | Civil Action No. 4:25-cv-01066 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I caused a true copy of the foregoing, Plaintiff's Motion to Dismiss Without Prejudice on all parties of record via.

March 24, 2026,                              Respectfully submitted,

/s/ **Adean Hill Jr.**
Adean Hill Jr.
Pro Se
910 Spruce Lane
Princeton, TX 75407
Adeanhilljr1@gmail.com
214-309-6388

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## PLANO DIVISION

|  |  |  |
|---|---|---|
| **ADEAN HILL JR,** | § § § § § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 4:25-cv-01066** |
| v. | § § | |
| **BOBER LAW FIRM PLLC, a** Texas Professional Limited Liability Company, and **ZERORISK CASES INC**, a Wyoming Limited Liability Company | § § § § § | |
| **Defendant.** | § § § | |

### [PROPOSED] ORDER

Pursuant to Plaintiff's Motion to Dismiss Without Prejudice, Defendants Bober Law Firm, PLLC a

Texas Professional Limited Liability Company and Zerorisk Cases,Inc a Wyoming Limited Company are

hereby dismissed without prejudice;

SIGNED this _____ day of _____, 2026.


_____

**JUDGE K. NICOLE MITCHELL**
**UNITED STATES DISTRICT JUDGE**