UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 4:25-cv-01066

———

**Adean Hill, Jr.,**
*Plaintiff,*

v.

**Bober Law Firm, PLLC, et al.,**
*Defendants.*

———

# ORDER

Plaintiff sued defendants for violations of the Telephone Consumer Protection Act and Texas law. Docs. 1, 16. The case was referred to a magistrate judge.

The magistrate judge conducted a hearing on defendant ZeroRisk Cases, Inc.'s motion to dismiss (Doc. 12). At the hearing, the parties confirmed that they settled plaintiff's claims and that plaintiff would file an unopposed motion to dismiss the case. Doc. 29. Plaintiff then filed a motion to dismiss the case without prejudice. Doc. 30. The magistrate judge issued a report recommending that the motion be granted in part and that plaintiff's claims be dismissed with prejudice, according to the parties' settlement agreement. Doc. 31 at 2. No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's motion to dismiss (Doc. 30) is granted in part and this case is dismissed with prejudice. Any pending motions are denied as moot.

- 1 -

*So ordered by the court on April 20, 2026.*

J. CAMPBELL BARKER
United States District Judge