UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-01066

**Adean Hill, Jr.,**
*Plaintiff,*

v.

**Bober Law Firm, PLLC, et al.,**
*Defendants.*

# FINAL JUDGMENT

The court, having rendered its decision by separate order, enters judgment that all claims in this matter are dismissed with prejudice. The clerk of court is directed to close the case.

*So ordered by the court on April 20, 2026.*

J. CAMPBELL BARKER
United States District Judge